| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 12/7/2021 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                                   Plaintiff,

     -against-                             21-CR-71 (ALC)

JOHN MIGUEL JIMENEZ-VENTURA,       **ORDER**

                                  Defendant.
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The telephone status conference is set for **December 7, 2021** at **11:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:     New York, New York
            December 6, 2021

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**