UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: *1-20-22*

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                         Plaintiff,

      -against-

JOHN MICHAEL JIMENEZ-VENTURA,

                         Defendant.

------------------------------------------------------------------ x

**21-CR-71 (ALC)**

**ORDER**

ANDREW L. CARTER, JR., District Judge:

     A Telephone Change of Plea Hearing is set for **January 27, 2022** at **10:30 a.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and

once prompted, should dial access code 3768660.     Members of the public and the press can use

the same dial-in information.

**SO ORDERED.**

Dated:     **New York, New York**
             **January 20, 2022**

                               **ANDREW L. CARTER, JR.**
                               **United States District Judge**