EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                   **ORDER**
                                                   21-CR-71 (ALC)

-against-

John Michael Jimenez-Ventura,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    The Status Conference set for March 8, 2022 is cancelled.

    **SO ORDERED.**

Dated: New York, New York
       March 3, 2022

                                                  **ANDREW L. CARTER, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-3-22