**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/11/23
```

JOHN MICHAEL JIMENEZ-VENTURA,

           Petitioner,

-against-

UNITED STATES OF AMERICA,

           Respondent.

23-CV-4428 (ALC)

21-CR-0071-02 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      On June 26, 2023, the Respondent (the "Government") requested that this Court enter an order directing the Petitioner to execute and file an "Attorney-Client Privilege Waiver (Informed Consent)" form. *See* ECF No. 50, 21-cr-0071-02. The Court entered the proposed order on June 28, 2023. *See* Order, ECF No. 5, 23-cv-04428. The Court ordered Petitioner to execute and file an Attorney-Client Privilege Waiver (Informed Consent) Form within twenty-one days from the date of the Order. Order at 2. The Court also directed Plaintiff's former counsel, Anthony L. Ricco, Esq., Thomas Ambrosio, Esq., and Barry A. Weinstein, Esq. (together, "Former Counsel"), to give sworn testimony in the form of declarations within twenty-one days from the date of the executed Waiver Form. *Id*. The Government's deadline to respond to the Petitioner's motion is within thirty days from the date that Former Counsel's declarations are filed. *Id*.

      Petitioner filed his signed Waiver Form on July 18, 2023. ECF No. 6, 23-cv-04428. Therefore, Former Counsel's declarations were due on August 8, 2023. To date, the declarations have not been filed. The Court *sua sponte* extends Former Counsel's deadline to **August 15, 2023**. The declarations shall be filed on or by **August 15, 2023**. The Government's deadline to respond to Petitioner's motion is **September 14, 2023**. Petitioner shall have thirty days from the date on

which he is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

**SO ORDERED.**

Dated:  August 11, 2023
         New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**