```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/23/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JOHN MICHAEL JIMENEZ-VENTURA,**

        Petitioner,

-against-

**UNITED STATES OF AMERICA**

**23-cv-04428 (ALC)**
**21-cr-00071 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

On September 14, 2023, the United States filed a Memorandum in Opposition to Plaintiff's Motion to Vacate. ECF No. 56. Plaintiff has failed to file an answer to the Memorandum in Opposition in a timely manner. As a one-time courtesy, the Court *sua sponte* extends this deadline and directs Petitioner to file their answer by October 30, 2023.

**SO ORDERED.**

Dated:   **October 23, 2023**
           **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**